NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-0253

CHARLOTTE BRUMFIELD D/B/A
AREA WIDE REALTY

VERSUS

ROBERT L. MCELROY, ET UX.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 74,121,
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy H. Ezell, Judges.

AFFIRMED.

James R. Mitchell
Attorney at Law
607 South Fifth Street
Leesville, LA  71446
(337) 239-6709
COUNSEL FOR PLAINTIFF/APPELLEE:
    Charlotte Brumfield

Bradley O'Neal Hicks
Dowden & Hicks, L.L.P.
116 East Lula Street
Leesville, LA 71446
(337) 238-2800
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Robert L. McElroy and Clarissa McElroy